## FOE SAUNDERS LUMBER & HARDWARE COMPANY v. UNITED STATES of America.

No. 2409.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1941.

Pershing, Bosworth, Dick & Dawson, of Denver, Colo., for appellant.

James McI. Henderson, Sp. Asst. to Atty. Gen., of Denver, Colo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.

## Nathaniel KING'S ESTATE et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7780.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1941.

Decided Oct. 20, 1941.

Bernard Freedman, of Newark, N. J., for petitioners.

Bernard Chertcoff, Sp. Asst. to Atty. Gen., Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch and S. Dee Hanson, Sp. Assts. to the Atty. Gen., for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.

## Thomas M. LEWIS and Adelaide B. Lewis, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7778.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 10, 1941.

Decided Oct. 13, 1941.

Albert Barnes Zink, of Philadelphia, Pa., for petitioners.

Warren F. Wattles, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and A. F. Prescott and Michael H. Cardozo, IV, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed upon the authority of Metcalf & Eddy v. Mitchell, 269 U.S. 514, 46 S.Ct. 172, 70 L.Ed. 384; Lucas v. Reed, 281 U.S. 699, 50 S.Ct. 352, 74 L.Ed. 1125; Buckner v. Commissioner, 2 Cir., 77 F.2d 297; Ewart v. Commissioner, 3 Cir., 98 F.2d 649; and Commissioner v. Emerson, 3 Cir., 98 F.2d 650, certiorari denied 305 U.S. 642, 59 S.Ct. 145, 83 L.Ed. 414.